JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN CANFIELD, an individual, on behalf of himself and all other aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC OFFICE AUTOMATION, INC., an Oregon corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. **2:24-cv-03031-JGB-BFMx**<br><br>**ORDER RE STIPULATION TO STAY ALL DATES AND DEADLINES**<br><br>Assigned to the Hon. Jesus G. Bernal<br><br>Action Filed: September 25, 2023 |

ORDER RE STIPULATION TO STAY ALL DATES AND DEADLINES

4855-7828-8637v.1 0060489-000039

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**ORDER**

The Court, having reviewed and considered the Stipulation to Stay All Dates and Deadlines filed by Plaintiff Shawn Canfield ("Plaintiff") and Defendant Pacific Office Automation, Inc. ("Defendant") (collectively, the "Parties"), hereby orders the following:

1) All dates and deadlines, including the December 16, 2024, scheduling conference, in the above-captioned action are stayed, pending the outcome of plaintiffs' preliminary approval motion in Los Angeles Superior Court in the collective Peppers and Canfield actions; and

2) Within seven (7) days of the preliminary approval hearing in state court, the Parties will send this Court a status update.

**IT IS SO ORDERED**

DATED: December 5, 2024

By: _____
Jesus G. Bernal, U.S. District Judge

2

ORDER RE STIPULATION TO STAY ALL DATES AND DEADLINES
4855-7828-8637v.1 0060489-000039

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899